UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | **CRIMINAL NO. 25-CR-285 (TJK)** |
| **TREYVON COOPER,** | : | |
| | : | |
| **Defendant.** | : | |

## UNOPPOSED MOTION TO DISMISS
## INFORMATION WITHOUT PREJUDICE

The United States of America, through the undersigned Assistant United States Attorney, respectfully submits this unopposed Motion to Dismiss the Information against Treyvon Cooper without prejudice. In support thereof, the United States submits the following:

1. On August 22, 2025, a U.S. Magistrate Judge signed a federal complaint charging defendant Treyvon Cooper with one count of Unlawful Possession of a Controlled Substance. ECF No. 1. On September 17, 2025, the government filed a one-count Information with the same charge. ECF No. 14. Following two status hearings, the Court set a trial date of November 21, 2025. *See* Minute Order October 2, 2025.

2. In the exercise of its discretion, the United States hereby moves to dismiss without prejudice Count 1 of the Information filed against the defendant and vacate the November 21 trial date. The government has conferred with defense counsel, who has no objection to the government's motion.

## CONCLUSION

For the reasons set forth above, the Government respectfully requests the Court to dismiss without prejudice Count 1 of the Information. A proposed order is attached.

        Respectfully submitted,

        JEANINE FERRIS PIRRO
        UNITED STATES ATTORNEY


By:  */s/ Christopher R. Howland*
     Christopher R. Howland
     Assistant United States Attorneys
     Fraud, Public Corruption, and Civil Rights
     DC Bar 1016866
     601 D Street, N.W.
     Washington, D.C. 20530
     Office: 202-252-7106
     Christopher.Howland@usdoj.gov